Name:

Nima Gharavi

Email Address:

dmca@midwestwrestle.com

Phone Number

(773) 899-4688

Are you filing a new case?

Yes, I'm filing a new case.

Case Caption

NIMA GHARAVI v. WILLIE SAYLOR

Case Number

NEW CASE

Description of Document(s)

Motion to Compel

Do you have a mailing address?

Yes

Mailing Address Line 1

4610 North Clark St. #1098

City:

Chicago

State:

IL

Zip Code:

60640

Terms of Submission

Yes

Show empty values