IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIMA GHARAVI,<br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIE SAYLOR,<br>　　　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Misc. No. 5:26-mc-00007-JMG<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

### MOTION FOR PERMISSION FOR ELECTRONIC FILING

Petitioner Nima Gharavi respectfully moves the Court for permission to file electronically in the above-captioned matter pursuant to Civ. L.R. 5.1.2(3)(b). In support of this Motion, Mr. Gharavi states:

1. Mr. Gharavi is the Petitioner in this miscellaneous action.

2. Mr. Gharavi has independently reviewed Civ. L.R. 5.1.2(3)(b) and this Court's Policies and Procedures.[1]

3. Mr. Gharavi maintains an active PACER account.

4. Mr. Gharavi is currently authorized to file electronically in one federal circuit court and seven federal district courts:

    1) U.S. Court of Appeals for the Seventh Circuit

    2) California Central District Court

    3) California Northern District Court

    4) Delaware District Court

---

[1] *See* https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/galpol.pdf (last visited Feb. 10, 2026)

      5) Illinois Northern District Court

      6) Minnesota District Court

      7) Texas Western District Court

      8) Washington Western District Court

5. Mr. Gharavi has regular access to the technical requirements necessary to e-file successfully.

6. Mr. Gharavi understands that once he registers for e-filing, he will receive notices and documents by e-mail and not by U.S. mail.

7. Mr. Gharavi understands that if his use of the Court's e-filing system is unsatisfactory, his e-filing privileges may be revoked.

8. Mr. Gharavi understands that he may not e-file on behalf of any other person in this or any other case.

9. Electronic filing authorization in this matter would facilitate efficient case administration and ensure timely compliance with Court deadlines.

WHEREFORE, Mr. Gharavi respectfully requests that the Court grant this Motion and authorize him to file electronically in this matter.

Dated: February 10, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*