[Clerks Office Only]

**Name:**

Nima Gharavi

**Email Address:**

dmca@midwestwrestle.com

**Phone Number**

(773) 899-4688

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

GHARAVI v. SAYLOR

**Case Number**

5:26-mc-00007-JMG

**Description of Document(s)**

Proposed Order re ECF No. 1

**Do you have a mailing address?**

Yes

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

4610 North Clark St. #1098

**Mailing Address Line 2**

**City:**

Chicago

**State:**

IL

**Zip Code:**

60640

**Other**

**Terms of Submission**

Yes

Hide empty values