IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIMA GHARAVI,<br>   Petitioner,<br><br>v.<br><br>WILLIE SAYLOR,<br>   Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Misc. No. 5:26-mc-00007-JMG<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2026, the foregoing "Motion to Compel Willie Saylor to Comply with Subpoena Duces Tecum" and the accompanying Memorandum of Law, Local Rule 26.1 Certification, Declaration of Nima Gharavi with Exhibits A through P, and Proposed Order were served via UPS Ground (tracking number 1Z3E2R420308222561) on the following:

Willie Saylor
2989 Old Nazareth Road
Easton, PA 18045

Dated: February 11, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z3E2R420308222561

**Weight**

1.00 LBS

**Service**

UPS Ground

**Shipped / Billed On**

02/08/2026

**Delivered On**

02/11/2026 2:22 P.M.

**Delivered To**

2989 OLD NAZARETH RD
EASTON, PA, 18045, US

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 02/11/2026 2:44 P.M. EST