**Name:**

**Nima Gharavi**

**Email Address:**

**dmca@midwestwrestle.com**

**Phone Number**

**(773) 899-4688**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**NIMA GHARAVI v. WILLIE SAYLOR**

**Case Number**

**5:26-mc-00007-JMG**

**Description of Document(s)**

**Certificate of Service**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**4610 North Clark St. #1098**

**City:**

**Chicago**

**State:**

**IL**

**Zip Code:**

**60640**

**Terms of Submission**

**Yes**

Show empty values