# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Feb 20, 2026 3:24PM

Nima Gharavi

Rcpt. No: 20035578                Trans. Date: Feb 20, 2026 3:24PM                Cashier ID: #ST (2383)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| PC | OTCnet Check | #2063 | 02/20/2026 | | $52.00 |
| | | | | Total Due Prior to Payment: | $52.00 |
| | | | | Total Tendered: | $52.00 |
| | | | | Total Cash Received: | $0.00 |

**Comments:** 5:26-mc-7,

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.