## Pro Se Electronic Filing



**Name:**

Nima Gharavi

**Email Address:**

dmca@midwestwrestle.com

**Phone Number**

+1 (773) 899-4688

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

GHARAVI v. SAYLOR

**Case Number**

5:26-mc-00007

**Description of Document(s)**

AMENDED Motion to Compel Willie Saylor to Comply with Rule 45 Subpoenas - This amended filing supersedes the Motion to Compel filed at Docket Entry #1 and expands the relief requested to include both document production and deposition testimony.

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

4610 North Clark St. #1098

**City:**

Chicago

**State:**

IL

**Zip Code:**

60640

**Terms of Submission**

Yes

Show empty values