**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
| Respondent. | : | (N.D. Ill.) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2026, ECF-stamped copies of the foregoing "Amended Motion to Compel Willie Saylor to Comply with Rule 45 Subpoenas" and the accompanying Memorandum of Law, Local Rule 26.1 Certification, and Declaration of Nima Gharavi with Exhibits A through Q, along with a copy of the Proposed Order (submitted directly to chambers and not docketed), were served via UPS Ground (tracking number 1Z3E2R420313309173) on the following:

Willie Saylor
2989 Old Nazareth Road
Easton, PA 18045

Dated: March 12, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

Case 5:26-mc-00007-JMG    Document 6    Filed 03/12/26    Page 2 of 2

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z3E2R420313309173

**Service**
UPS Ground

**Shipped / Billed On**
03/10/2026

**Delivered On**
03/12/2026 5:27 P.M.

**Delivered To**
EASTON, PA, US



Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 03/12/2026 5:29 P.M. EST