3/13/26, 8:15 AM
Case 5:26-mc-00007-JMG     Document 6-1     Filed 03/12/26     Page 1 of 1
6-Certificate of Service.pdf, Powered by Box

## Pro Se Electronic Filing

**Name:**

**Nima Gharavi**

**Email Address:**

**dmca@midwestwrestle.com**

**Phone Number**

**+1 (773) 899-4688**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**GHARAVI v. SAYLOR**

**Case Number**

**5:26-mc-00007**

**Description of Document(s)**

**Certificate of Service**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**4610 North Clark St. #1098**

**City:**

**Chicago**

**State:**

**IL**

**Zip Code:**

**60640**

**Terms of Submission**

**Yes**

Show empty values