## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIMA GHARAVI, | : | Misc. No. 5:26-mc-00007-JMG |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |
| WILLIE SAYLOR, | : | |
| Respondent. | : | |

### AFFIDAVIT OF SERVICE

I, Roger Rohrbach, served the Amended Motion to Compel Willie Saylor to Comply with Rule 45 Subpoenas and the accompanying Memorandum of Law, Local Rule 26.1 Certification, Declaration of Nima Gharavi with Exhibits A through Q, and Proposed Order as follows:

1) **Unsuccessful Attempt:** March 18, 2026, 6:57 AM EDT at 2989 Old Nazareth Road, Easton, PA 18045. Rang doorbell several times no answer. Lights on inside the house. Dog barking. Vehicle in driveway pickup truck PA ZVD 4652.

2) **Successful Attempt:** March 19, 2026, 5:59 PM EDT at 2989 Old Nazareth Road, Easton, PA 18045. John Doe, which turned out to be Willie's father, who resides at 2989 Old Nazareth Road, Easton, PA 18045, refused to accept the documents. John Doe stated that Willie, his son, is a grown man and comes and goes when he wants. I asked the father several times if Willie does live at this address and he replied, yes. After refusal of the documents, I did a "drop Serve" and set the documents in front of John Doe.

**Recipient:**

Name:   John Doe (Willie Saylor's father)

Age:   65

Ethnicity: Caucasian

Gender:   Male

Weight:   220

Height:   5'10"

Hair:   Black

Eyes:   Brown

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on MArch 20, 2026.

Roger Rohrbach
7206 Whispering Lane
Slatington, PA 18080
Phone: (484) 201-7174
Process Server

2