**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
| Respondent. | : | (N.D. Ill.) |

**PETITIONER'S MOTION TO REASSIGN CASE
PURSUANT TO LOCAL CIVIL RULE 40.1**

Pursuant to Local Civil Rule 40.1(IV) and (V), Petitioner Nima Gharavi respectfully moves this Court to reassign this case to the Honorable Mark A. Kearney of the United States District Court for the Eastern District of Pennsylvania. This case is related to *Gharavi v. FloSports Inc.*, Civil Action No. 1:25-cv-01472-MAK (D. Del.), to which Judge Kearney has been designated by the Chief Judge of the United States Court of Appeals for the Third Circuit "for such a period as is necessary for the disposition of the above-entitled matter **and all related cases**." Designation Order, *Gharavi v. FloSports Inc.*, No. 1:25-cv-01472-MAK, ECF No. 20 (D. Del. Apr. 8, 2026) (emphasis added) (attached as Exhibit A). Both cases arise from the same underlying defamation campaign, involve overlapping parties and witnesses, and seek discovery relevant to concert of action theories in both proceedings. Reassignment to Judge Kearney will promote judicial efficiency and ensure consistent treatment of related matters. In support of this Motion, Petitioner submits the accompanying Memorandum of Law.

Respectfully submitted,

Dated: April 10, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*