**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
| Respondent. | : | (N.D. Ill.) |

## CERTIFICATE OF SERVICE

I, Nima Gharavi, hereby certify that on April 10, 2026, a true and correct copy of the foregoing Petitioner's Motion to Reassign Case Pursuant to Local Civil Rule 40.1, Memorandum of Law in Support, Exhibit A, and Proposed Order were served via email on:

Willie Saylor
willie@matscouts.com

Dated: April 10, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*