# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

NIMA GHARAVI, ET AL.

v.

FLOSPORTS INC.

Civil Action No. 1:25-cv-01472

_____

**DESIGNATION OF DISTRICT JUDGE**
**TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so,

I hereby designate and assign the Honorable Mark A. Kearney of the United States

District Court for the Eastern District of Pennsylvania for such a period as is necessary for

the disposition of the above-entitled matter and all related cases.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: April 8, 2026