4/13/26, 8:06 AM

Case 5:26-mc-00007-JMG   Petitioner's Motion to Reassign Case Pursuant to Local Civil Rule 40.1.pdf powered by Box Filed 04/10/26   Page 1 of 1

# Pro Se Electronic Filing

**Name:**

**Nima Gharavi**

**Email Address:**

**dmca@midwestwrestle.com**

**Phone Number**

**+1 (773) 899-4688**

**Are you filing a new case?**

Yes, I'm filing a new case.

**Case Caption**

**GHARAVI V. SAYLOR**

**Case Number**

**5:26-mc-00007**

**Description of Document(s)**

**Motion to Reassign Case Pursuant to Local Civil Rule 40.1**

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

**4610 North Clark St. #1098**

**City:**

**Chicago**

**State:**

**IL**

**Zip Code:**

**60640**

**Terms of Submission**

**Yes**

Show empty values