**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
| Respondent. | : | (N.D. Ill.) |

**ORDER**

**AND NOW**, this 22nd day of April, 2026, upon consideration of Petitioner's Motion to

Reassign Case Pursuant to Local Civil Rule 40.1 (ECF No. 8), **IT IS HEREBY ORDERED** that

Petitioner's Motion (ECF No. 8) is **DENIED**.


BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge