**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
| Respondent. | : | (N.D. Ill.) |

### ORDER

**AND NOW**, this 22nd day of April, 2026, upon consideration of Petitioner's Amended Motion to Compel Willie Saylor to Comply with Rule 45 Subpoenas (ECF No. 5), **IT IS HEREBY ORDERED** that the Motion (ECF No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondent shall produce all documents responsive to Petitioner's subpoena for documents on or before **May 20, 2026**.

**IT IS FURTHER ORDERED** that, if Respondent contends that he possesses no responsive documents, Respondent must execute an affidavit under penalty of perjury attesting to that fact on or before **May 6, 2026**.

**IT IS FURTHER ORDERED** that Respondent is required to meet and confer with Petitioner on or before **May 6, 2026,** to select a mutually convenient date and time for the deposition**.**

**IT IS FURTHER ORDERED** that Respondent shall appear at a deposition via Zoom on or before **May 20, 2026**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Compel Willie Saylor to Comply with Subpoena Duces Tecum (ECF No. 1) is **DENIED** as **MOOT**.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Because the Amended Motion (ECF No. 5) supersedes the Original Motion (ECF No. 1), the Court addresses the Amended Motion (ECF No. 5) as the operative submission. The Original Motion (ECF No. 1) is therefore denied as moot.