**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
|       Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
|     v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
|       Respondent. | : | (N.D. Ill.) |

## <u>CERTIFICATE OF SERVICE</u>

I, Nima Gharavi, hereby certify that on April 24, 2026, a true and correct copy of the Court's

Order on Motion to Compel (ECF No. 10) was served via email on:


Willie Saylor
willie@matscouts.com


Dated: April 24, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*