**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
| Respondent. | : | (N.D. Ill.) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nima Gharavi, previously filed a Certificate of Service at ECF No. 12 documenting service of the Court's Order on Motion to Compel (ECF No. 10) via email on April 24, 2026.

I hereby further certify that on April 27, 2026, I caused a true and correct copy of the Court's Order on Motion to Compel (ECF No. 10) to be served on Respondent Willie Saylor via UPS Ground with Adult Signature Required to:

Willie Saylor
2989 Old Nazareth Road
Easton, PA 18045

UPS Tracking Number: 1Z3E2R42A803336991

According to the UPS Proof of Delivery attached hereto as **Exhibit A**, the package was delivered on April 29, 2026 at 8:47 P.M. and was personally received and signed for by "willie."

Dated: April 30, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*