# Exhibit A

4/30/2026, 10:12 AM

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z3E2R42A803336991

**Service**

UPS Ground

**Weight**

1.00 LBS

**Additional Information**

Adult Signature Required

**Shipped / Billed On**

04/27/2026

**Delivered On**

04/29/2026 8:47 P.M.

**Received By**

willie

**Delivered To**

2989 OLD NAZARETH RD
EASTON, PA, 18045, US

**Delivery Location**

Residential

Sincerely,

UPS

Tracking results provided by UPS as of 04/30/2026 11:05 A.M. EST