**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI,<br>         Petitioner,<br><br>v.<br><br>WILLIE SAYLOR,<br>         Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Misc. No. 5:26-mc-00007-JMG<br><br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

### PETITIONER'S MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE WHY A WRIT OF BODY ATTACHMENT SHOULD NOT ISSUE

Petitioner Nima Gharavi ("Petitioner"), appearing *pro se*, respectfully moves the Court for: (1) a finding that Respondent Willie Saylor ("Saylor") is in civil contempt of the Court's Order of April 22, 2026 (ECF No. 10); (2) an Order to Show Cause directing Saylor to appear in person and demonstrate why he should not be sanctioned for his failure to comply; and (3) upon Saylor's failure to appear at the show cause hearing, issuance of a Writ of Body Attachment directing the United States Marshals Service to execute the same upon Saylor and produce him before the Court, where he shall remain subject to the Court's authority until he purges his contempt by fully complying with the Court's April 22, 2026 Order.

The grounds for this Motion are set forth more fully in the accompanying Memorandum of Law, the Declaration of Nima Gharavi filed in support of the Amended Motion to Compel (ECF No. 5), and the Supplemental Declaration of Nima Gharavi with exhibits in support thereof, all of which are incorporated by reference herein.

Respectfully submitted,

Dated: June 24, 2026

/s/ *Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
nima@rightcallofficialsinc.com

*Petitioner*

2