# Exhibit A

## Nima Gharavi

**From:**       Nima Gharavi <nima@midwestwrestle.com>
**Sent:**       Friday, April 24, 2026 1:37 PM
**To:**         willie@matscouts.com
**Cc:**         'Olivia E. Duggins'; 'Bill Patterson'; 'Jeff Becker'; 'Nicole O'Toole Peterson'; 'Kira Matheson'
**Subject:**    Court Order - Gharavi v. Saylor (5:26-mc-00007-JMG)
**Attachments:** 10 - Order GRANTING Amended Motion to Compel Willie Saylor to Comply with Rule 45
                Subpoenas.pdf

Mr. Saylor,

Please find attached the Order issued by Judge John M. Gallagher on April 22, 2026 in the above-captioned matter.

The Court's Order requires you to take the following actions:

**By May 6, 2026:**
- Meet and confer to select a mutually convenient deposition date, OR
- Execute an affidavit under penalty of perjury if you contend you possess no responsive documents

**By May 20, 2026:**
- Produce all documents responsive to the subpoena
- Appear for deposition via Zoom

**Please respond to this email (reply all) to coordinate compliance.** My counsel, Olivia Duggins at Swanson, Martin & Bell, will work with you on scheduling and logistics.

Regards,
Nima Gharavi

---

**Attachment:**
- Order on Motion to Compel (ECF No. 10)

1