# Exhibit D

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of New Jersey

| | | |
|---|---|---|
| ADAM WAY<br>v. | )<br>)<br>)<br>)<br>) | Case No.    20-13646 (TJB) (GC) |
| ARETE AUTOMOBILI CORPORATION AND VITALY<br>FARGESEN<br>*Defendant* | )<br>) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Vitaly Fargesen                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☒ Order of the Court

This offense is briefly described as follows:
FAILURE TO COMPLY WITH COURT ORDERS AND TO APPEAR AT AN ORDER TO SHOW CAUSE HEARING.

Date:  01/11/2023

City and state:    Trenton, New Jersey

*Issuing officer's signature*

*Georgette Castner, U.S.D.J.*

| Return |
|---|
| This warrant was received on *(date)* _____ enter date _____ , and the person was arrested on *(date)* _____ enter date _____ at *(city and state)* _____ . |
| Date: _____ enter date _____          _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Vitaly Fargesen

Known aliases:

Last known residence:        62 Winged Foot Drive, Manalapan, New Jersey 07726

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:        enter date

Social Security number:

Height:                                         Weight:

Sex:                                            Race:

Hair:                                           Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:        enter date

Charged in unrelated criminal case: *United States of America v. Vitaly Fargesen and Igor Palatnik*, 21 CR. 602 (SDNY).