# Exhibit F

Nima Gharavi
4610 North Clark St., #1098
Chicago, IL 60640
(773) 899-4688
dmca@midwestwrestle.com

May 24, 2026

**Via Personal Service**

Willie Saylor
MatScouts, LLC
2989 Old Nazareth Road
Easton, PA 18045
Phone: +1 (610) 762-9143
willie@matscouts.com

**Re:** *Gharavi v. Saylor*, Misc. No. 5:26-mc-00007-JMG — Final Notice of Intent to File Motion for Civil Contempt

Dear Mr. Saylor:

I write to provide you with one final opportunity to comply with the Court's April 22, 2026 Order (the "Compliance Order") before I file the enclosed motion with the Court.

As directed by the Compliance Order, you were required to: (1) meet and confer with me to schedule your deposition no later than May 6, 2026; (2) execute a sworn affidavit attesting that you possess no responsive documents, if that is your contention, no later than May 6, 2026; (3) produce all documents responsive to the Document Subpoena no later than May 20, 2026; and (4) appear for your deposition via Zoom no later than May 20, 2026. You have not taken any of these steps.

Enclosed with this letter are: (1) a copy of the Compliance Order; and (2) a copy of the motion I intend to file.

If you have not complied with the Compliance Order within three weeks of the date of service of this letter, I will file the enclosed motion without further notice. I respectfully urge you to take this opportunity to avoid the consequences described therein.

Regards,

*Nima Gharavi*

Nima Gharavi