# Exhibit G



# MatScouts

@MatScouts | 116,436 Followers

 Follow    📅 Content Calendar    Subscribe



## All The Current Big Boards

MatScouts · 3 days ago

Premium    ☰ 1 min read



New    Top    Videos    Podcasts    Live Streams    Articles    Rankings    Stacks    About



▶ 1:41:17    PREMIUM

**Basch & The Brain 411: Final X Recap**
MatScouts
2 days ago



☰ 1 min read    PREMIUM

**All The Current Big Boards**
MatScouts
3 days ago



☰ 8 min read    PREMIUM

**Junior Duals Notes**
MatScouts
4 days ago



☰ Ranking    PREMIUM

**First Ever 2030 Big Board**
MatScouts
1 week ago



☰ Ranking    PREMIUM

**America's 100 Best Sophomores**
MatScouts
1 week ago



☰ 6 min read    PREMIUM

**Cadet Duals Notes**
MatScouts
1 week ago



▶ 1:05:03    PREMIUM

**Basch & The Brain 410: RAF10 Recap**
MatScouts
1 week ago



☰ Ranking    PREMIUM

**National HS Girl Rankings 26/27**
MatScouts
2 weeks ago



▶ 1:34:55    PREMIUM

**Basch & The Brain 409: Final X Preview**
MatScouts
2 weeks ago



☰ Ranking    PREMIUM

**Updated Class of 2028 Big Board**
MatScouts
2 weeks ago



☰ Ranking    PREMIUM

**This Decade's Senior Big Boards**
MatScouts
2 weeks ago



▶ 1:16:58    PREMIUM

**Basch & The Brain 407: New Senior Big Board**
MatScouts
3 weeks ago



☰ Ranking    PREMIUM

**2027 Big Board - America's Top Seniors**
MatScouts
3 weeks ago



▶ 1:33:28    PREMIUM

**Basch & The Brain 406: RAF09 & Junior Trials Recap**
MatScouts
3 weeks ago



▶ 1:27:29    PREMIUM

**Basch & The Brain 405: Junior Trials Bracket Brackdown**
MatScouts
1 month ago



☰ 18 min read    PREMIUM

**2026 Junior Trials Preview**
MatScouts
1 month ago







# MatScouts

6.7K followers • 8 following
Covering wrestling at all levels with a particular emphasis in recruiting.
📪 Sports Promoter

✉ Send Email    💬 Message    ⊕ Follow

All    About    Reels    Photos    Followers    More ▾    ⋯

## Details

☆  3 Reviews

## Links

🔗  rokfin.com

## Contact info

📞  (610) 762-9143

✉  willie@matscouts.com

💬  MatScouts

## Photos                    See all photos






## Posts                    ⇄ Filters

**MatScouts**
June 22 at 6:59 AM · 🌐

Weight-by-weight report from JR Duals.... **See more**



ROKFIN.COM
**Junior Duals Notes | MatScouts on Rokfin**

✹ Who is Rocco Cassioppi?    What is the latest news on Junior Duals?    ⋯

👍 2        💬        ↪                                    👍

👤  Comment as Nima Gharavi              😀 ☺ 📷 GIF 🎴

**MatScouts**
June 18 at 10:20 AM · 🌐

We talkin' 2030? Yeah we are!... **See more**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies ·
More



# X

- Home
- Explore
- Notifications
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium
- Profile
- More

**Post**

## MatScouts
62.5K posts



### MatScouts ✔
@MatScouts1 · **Follows you**

👑🧠🤸 The Greatest Mind in Wrestling | MatScouts HS, Recruiting, College Analysis | Real American Freestyle

💼 Media Personality   📍 Easton   🔗 rokfin.com/MatScouts
📅 Joined October 2010 ›

**2,630** Following   **60.5K** Followers

Followed by ICWOA, Coach Beres Buffalo Grove H.S. Wrestling, and 180 others you follow

**Posts** | Replies | Media

---

**MatScouts** ✔ @MatScouts1 · 10h

Cael has a big decision to make. He can

a) go to Fargo to watch his son Teaq wrestle
b) go to RAF Georgia and be best friends with me

which should he choose?

*keep in mind, if he chooses 'a' i drop teag in the rankings bigly

💬 7        ⟲ 5        ♡ 170        ▥ 17K        🔖 ⬆

---

⟲ MatScouts reposted

**dbeshada** ✔ @dbeshada1 · Jun 23

I keep seeing accounts summarize the new NCAA rules saying eligibility befins "when the athlete turns 19".

That's not exactly accurate.  Eligibility begins in the academic year following the athlete turning 19.

So, if any athlete turns 19 during his senior year of high
Show more

💬 7        ⟲ 5        ♡ 40        ▥ 18K        🔖 ⬆

---

**MatScouts** ✔ @MatScouts1 · Jun 23

Bo is fine. Tech's academic calendar works out.

i love 5-for-5. solves so many problems. creates so much drama, too. (that i will be the 👑🧠🤸 of, per usual)

watch the show. subscribe to rokfin.com/MatScouts

and get educated

> **VakAttack** @VakAttack · Jun 23
> Replying to @MatScouts1
> Many people are starting college later.  The rule says your clock starts either when you enroll in college or the school year starting after you turn 19, whichever is earlier.  So for example Bo Bassett's clock would already have burned a year.

💬 5        ⟲ 2        ♡ 38        ▥ 18K        🔖 ⬆

---

🔍 Search

## You might like



**Jordan Burroughs** ✔
@alliseeisgold                    **Follow**

**Big Ten Wrestling** ✔
@B1GWrestling                     **Follow**

**RUDIS**
@the_rudis                        **Follow**

Show more

## What's happening

**jackass movie**
see jackass in theatres friday
▶ Promoted by jackass

Sports · Trending
**Lamelo**
Trending with Hornets, Raptors

Sports · Trending
**Victor Bericoto**

Video game genres · Trending
**#GTA6**

Show more

Terms · Privacy · Cookies · Accessibility ·
US TIDA · Ads Info · More ··· © 2026 X Corp.



Existing user? Sign In ▾    **Sign Up**

Articles    Rankings    Streaming Guide    Forums    Commits ▾    Jobs    MatScouts    Subscriptions    Clubs    More    Search...    🔍

Home > Husker_Du

📖 All Activity

## Husker_Du
President

| POSTS | JOINED | LAST VISITED | DAYS WON |
|---|---|---|---|
| 3,053 | October 28, 2022 | Saturday at 06:38 AM | 30 |

📷 See their activity

**Husker_Du last won the day on April 27**
Husker_Du had the most liked content!

### 4 Followers

  

### Recent Profile Visitors

The recent visitors block is disabled and is
not being shown to other users.

### Husker_Du's Achievements



Big Brain (14/14)



Recent Badges



2.7k

Reputation

| Activity | Clubs |
|---|---|



**RAF new signees**
Husker_Du replied to elijedi06's topic in International Wrestling

AND NOTHING HAPPENED! AND NOTHING HAPPENED! AND NOTHING HAPPENED! AND NOTHING HAPPENED! you think it was just an act of divine intervention? or you think there were stipulations? you think perhaps RAF took measures? it's sports. fights happen. no one (other than myself) got hurt. it's not the end of the world.

🕐 June 14    💬 61 replies



**RAF is filth/garbage/trash/slop**
Husker_Du replied to forkemaz's topic in International Wrestling

yes, wrestling is fukked now. it wasn't before RAF, but now it is. get a grip. you don't know what goes on behind the scenes. so stfu with your stupid assumptions that i already told you were false.

🕐 June 14    💬 155 replies     2



**RAF is filth/garbage/trash/slop**
Husker_Du replied to forkemaz's topic in International Wrestling

i'm not 'acting' like anything. i'm telling you. they were penalized. these guys will be penalized. there were conditions in place for the Poullas-Arman rematch. you obviously don't know just stfu. it's very clear you have an axe to grind. if you don't like it, don't watch. we take it very seriously. we were all disappointed. but there are fights in every sport. for f#cks sake there are fights in UWW events...

🕐 June 14    💬 155 replies     2



**RAF new signees**
Husker_Du replied to elijedi06's topic in International Wrestling

how did they 'lean into it' they did they did there were zero issues in the second bout

🕐 June 14    💬 61 replies



**RAF new signees**
Husker_Du replied to elijedi06's topic in International Wrestling

i'll bite... why is it 'not good for wrestling'

🕐 June 14    💬 61 replies     1



**RAF is filth/garbage/trash/slop**
Husker_Du replied to forkemaz's topic in International Wrestling

card was awesome. unfortunate it ended with a fight. can i get you a tissue?

🕐 June 14    💬 155 replies     3



## Husker_Du
President

| POSTS | JOINED | LAST VISITED | DAYS WON |
|-------|--------|--------------|----------|
| 3,053 | October 28, 2022 | Saturday at 06:38 AM | 30 |

**& View Profile**

### All Activity

**FORUMS**

Topics

Posts

**ARTICLES**

Articles

Article Comments

**TEAMS**

Teams

**COLLEGE COMMITMENTS**

College commitments

**RANKINGS**

Rankings

Ranking Comments

Ranking Reviews

**AUTHORS**

Authors

Author Comments

Author Reviews

**JOBS**

Jobs

**STORE**

Product Reviews

## Everything posted by Husker_Du

1  2  3  4  5  6  **NEXT**  »    Page 1 of 118 ▾


### RAF new signees
Husker_Du replied to elijedi06's topic in International Wrestling

AND NOTHING HAPPENED! AND NOTHING HAPPENED! AND NOTHING HAPPENED! AND NOTHING HAPPENED! you think it was just an act of divine intervention? or you think there were stipulations? you think perhaps RAF took measures? it's sports. fights happen. no one (other than myself) got hurt. it's not the end of the world.

⏱ June 14      💬 61 replies


### RAF is filth/garbage/trash/slop
Husker_Du replied to forkemaz's topic in International Wrestling

yes, wrestling is fukked now. it wasn't before RAF, but now it is. get a grip. you don't know what goes on behind the scenes. so stfu with your stupid assumptions that i already told you were false.

⏱ June 14      💬 155 replies       2


### RAF is filth/garbage/trash/slop
Husker_Du replied to forkemaz's topic in International Wrestling

i'm not 'acting' like anything. i'm telling you. they were penalized. these guys will be penalized. there were conditions in place for the Poullas-Arman rematch. you obviously don't know just stfu. it's very clear you have an axe to grind. if you don't like it, don't watch. we take it very seriously. we were all disappointed. but there are fights in every sport. for f#cks sake there are fights in UWW events several times a year. MLB, NBA, NFL...fights every...

⏱ June 14      💬 155 replies       2


### RAF new signees
Husker_Du replied to elijedi06's topic in International Wrestling

how did they 'lean into it' they did they did there were zero issues in the second bout

⏱ June 14      💬 61 replies


### RAF new signees
Husker_Du replied to elijedi06's topic in International Wrestling

i'll bite... why is it 'not good for wrestling'

⏱ June 14      💬 61 replies       1


### RAF is filth/garbage/trash/slop
Husker_Du replied to forkemaz's topic in International Wrestling

card was awesome. unfortunate it ended with a fight. can i get you a tissue?

⏱ June 14      💬 155 replies       3

*Instagram*










**matscouts1** · Follow

Original audio

**matscouts1** Are Zahid and Carr lesser versions of themselves than they were at least years' world championships? Or were Jame Green and Kyle Dake that much better last weekend?

The depth in this country is 🦵🦵

14h

**de4856** Spot on

14h   1 like   Reply

49 likes

14 hours ago

 Add a comment...    Post



  Messages





## matscouts1 ···

Willie Saylor

**691** posts   **12.9K** followers   **259** following

King of All Wrestling Media

🔗 rokfin.com/MatScouts

Followed by **bdavino22**, **seanlove1976** + 100







**powaywrestling** and **2 others** ···

**powaywrestling** 👀 Andersen Park is on the radar.

Ranked **#91** in the country on the **@matscouts1** First Ever 2030 Big Board, and he's just getting started. Fargo is 16 days away. 👊

Built at Poway. 🔵⚪🔴

Edited · 23h

**powaywrestling** 👏👏👏
14h   Reply

**rocco_pesoli124** 👏👏
12h   Reply

**sueruu** 👏👏
13h   Reply

**teamqureshi_iv** 👏👏
11h   Reply

**mofamilyinsta** Yes!!
22h   1 like   Reply

❤️ 💬 🔁 ✈️   🔖

👥 Liked by **w_franck0** and **318 others**
23 hours ago

Add a comment…   Post







✈️ Messages

