## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| NIMA GHARAVI, | | : | |
| | Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | | : | |
| | v. | : | |
| | | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | | : | *Presley et al.*, No. 24-CV-1969, |
| | Respondent. | : | (N.D. Ill.) |

### AFFIDAVIT OF SERVICE

I, Roger Rohrbach, served Petitioner's Motion for Civil Contempt and Order to Show Cause Why a Writ of Body Attachment Should Not Issue and the accompanying Warning Letter, Memorandum of Law, Supplemental Declaration of Nima Gharavi with Exhibits A through F, Proposed Order, and the Court's April 22, 2026 Order Granting Amended Motion to Compel Willie Saylor to Comply with Rule 45 Subpoenas (ECF No. 10) as follows:

- **Successful Service:** May 28, 2026, 9:51 AM EDT at 2989 Old Nazareth Road, Easton, PA 18045. Maryanne Sigman, the mother of Respondent Willie Saylor, accepted the documents. She stated multiple times that Willie does live at this address and that he is currently out of town on business. She also stated that she does not get involved in his business.

**Recipient:**

Name:        Maryanne Sigman

Relationship: Mother of Respondent Willie Saylor

Age:         65

Ethnicity:    Caucasian

Gender:     Female

Weight:     220 lbs.

Height:     5'6"

Hair:       Gray

Eyes:       Brown

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2026.

Roger Rohrbach
Equal Justice & Associates
rogerrohrbach3@gmail.com
7206 Whispering Lane
Slatington, PA 18080
Phone: (484) 201-7174
Process Server

2