## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NIMA GHARAVI,
              Petitioner,          :      Misc. No. 5:26-mc-00007-JMG

              v.                 :

WILLIE SAYLOR,           :      Underlying action: *Gharavi et al. v.*
              Respondent.    :      *Presley et al.*, No. 24-CV-1969,
                             :      (N.D. Ill.)

## ORDER

**AND NOW**, this 7th day of July, 2026, upon consideration of Petitioner's Motion for Civil Contempt and Order to Show Cause (ECF No. 14), **IT IS HEREBY ORDERED** as follows:

1.    Respondent Willie Saylor shall **SHOW CAUSE** why the Court should not hold Respondent in civil contempt for Respondent's failure to meet and confer to schedule a deposition and produce all responsive documents by the dates set forth in the Court's Order dated April 22, 2026 (ECF No. 10).

2.    Petitioner **SHALL** serve Respondent this Order, the Motion (ECF No. 14), and the Court's Order dated April 22, 2026 (ECF No. 10) by **personal service** by no later than **July 24, 2026**.

3.    Petitioner **SHALL** file a certificate of service.

4.    Respondent **SHALL** file a response to this Order to Show Cause by no later than **fourteen (14) days** after being personally served.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Respondent's failure to do so may result in the Court holding Respondent in civil contempt, fining Respondent for each day of Respondent's noncompliance, or imposing sanctions under Federal Rule of Civil Procedure 37(b).