## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969, |
| Respondent. | : | (N.D. Ill.) |
| | : | |

### AFFIDAVIT OF SERVICE

I, Roger Rohrbach, served the following thirteen documents:

- ECF No. 10 (Compliance Order)
- ECF No. 14 (Contempt Motion)
- ECF No. 14-1 (Memorandum of Law)
- ECF No. 14-2 (Supplemental Declaration of Nima Gharavi)
- ECF No. 14-3 (Exhibit A)
- ECF No. 14-4 (Exhibit B)
- ECF No. 14-5 (Exhibit C)
- ECF No. 14-6 (Exhibit D)
- ECF No. 14-7 (Exhibit E)
- ECF No. 14-8 (Exhibit F)
- ECF No. 14-9 (Exhibit G)
- ECF No. 14-10 (Affidavit of Service)
- ECF No. 15 (Show Cause Order)

as follows:

**1) Unsuccessful Attempt:** July 10, 2026, 11:05 AM EDT at 2989 Old Nazareth Road, Easton, PA 18045. Knocked and rang the doorbell several times; no answer. Dog barking. No vehicles in the driveway. No indication that anyone was home.

**2) Successful Service:** July 12, 2026, 6:18 PM EDT at 2989 Old Nazareth Road, Easton, PA 18045. Gary Sigman, the father of Respondent Willie Saylor, accepted the documents. He stated that Willie does live at this address and that he is out of town for a week.

**Recipient:**

Name:        Gary Sigman

Relationship: Father of Respondent Willie Saylor

Age:         65

Ethnicity:   Caucasian

Gender:      Male

Weight:      190 lbs.

Height:      5'8"

Hair:        White

Eyes:        Brown

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13th, 2026.

Roger Rohrbach
Equal Justice & Associates
rogerrohrbach3@gmail.com
7206 Whispering Lane
Slatington, PA 18080
Phone: (484) 201-7174
Process Server

2