**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969 |
| Respondent. | : | (N.D. Ill.) |

**PETITIONER'S MOTION FOR A FINDING OF CIVIL CONTEMPT
FOLLOWING RESPONDENT'S FAILURE TO SHOW CAUSE**

Petitioner Nima Gharavi ("Petitioner") respectfully moves the Court to find Respondent Willie Saylor ("Saylor") in civil contempt of the Court's April 22, 2026 Order (ECF No. 10) ("Compliance Order") and to impose such relief as it deems appropriate. The Court's July 7, 2026 Order to Show Cause (ECF No. 15) required Saylor to show cause why he should not be held in contempt and to respond within fourteen days of personal service. On July 12, 2026, a process server hand-delivered that Order and accompanying documents at Saylor's residence to his father, who confirmed that Saylor resides there. ECF No. 16. The fourteen-day period expired on Monday, July 27, 2026; Saylor has filed no response and has not appeared. Having failed to show cause, Saylor should be held in civil contempt of the Compliance Order. The grounds are set forth in the accompanying Memorandum of Law, incorporated by reference herein.

Respectfully submitted,

Dated: August 7, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
nima@rightcallofficialsinc.com

*Petitioner*