**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| NIMA GHARAVI, | : | |
| Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| | : | |
| v. | : | |
| | : | Underlying action: *Gharavi et al. v.* |
| WILLIE SAYLOR, | : | *Presley et al.*, No. 24-CV-1969 |
| Respondent. | : | (N.D. Ill.) |

## CERTIFICATE OF SERVICE

I certify that on August 7, 2026, I will serve Petitioner's Motion for a Finding of Civil Contempt Following Respondent's Failure to Show Cause and the accompanying Memorandum of Law upon the following by email:

Willie Saylor

willie@matscouts.com

Respectfully submitted,

Dated: August 7, 2026

/s/ *Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
nima@rightcallofficialsinc.com

*Petitioner*