**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI,<br>Petitioner,<br><br>v.<br><br>WILLIE SAYLOR,<br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>: | Misc. No. 5:26-mc-00007-JMG<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969 (N.D. Ill.) |

**PETITIONER'S MOTION TO ALTER OR AMEND**
**THE COURT'S AUGUST 21, 2026 ORDER**
**UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e)**

Petitioner Nima Gharavi ("Petitioner") respectfully moves the Court under Federal Rule of Civil Procedure 59(e) to alter or amend its August 21, 2026 Order (ECF No. 18). Petitioner requests that the Court amend paragraphs 1 and 2, vacate paragraph 5, reopen this proceeding, and reinstate the April 22, 2026 Order (ECF No. 10) and its grant of the Amended Motion to Compel (ECF No. 5), the record establishing compelling circumstances warranting a departure from the personal service requirement.

The August 21, 2026 Order was entered without a motion, without briefing, and without notice to Petitioner. The grounds are set forth in the accompanying Memorandum of Law, incorporated by reference herein.

Respectfully submitted,

Dated: September 4, 2026

/s/ *Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
nima@rightcallofficialsinc.com

*Petitioner*