**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIMA GHARAVI, Petitioner, | : | Misc. No. 5:26-mc-00007-JMG |
| v. | : | |
| WILLIE SAYLOR, Respondent. | : | Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969 (N.D. Ill.) |

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2026, I served Petitioner's Motion to Alter or Amend the Court's August 21, 2026 Order Under Federal Rule of Civil Procedure 59(e), the accompanying Memorandum of Law, and the proposed form of order upon the following:

By USPS Priority Mail, postage prepaid, tracking number 9405 5301 0935 5450 3481 93:

Willie Saylor
2989 Old Nazareth Road
Easton, PA 18045

And by electronic mail:

Willie Saylor
willie@matscouts.com

Respectfully submitted,

Dated: September 4, 2026

/s/ *Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
nima@rightcallofficialsinc.com

*Petitioner*